Form onoppobj

# UNITED STATES BANKRUPTCY COURT

Eastern District of Arkansas

In Re: Chance R Priest
Debtor

Case No.: 4:08−bk−12396
Chapter: 7
Judge: Audrey R. Evans

U.S. BANK N.A.     MOVANT

vs.

CHANCE R. PRIEST
and James F. Dowden, Trustee     RESPONDENTS

### ORDER ON AND NOTICE OF OPPORTUNITY TO OBJECT TO MOTION FOR RELIEF FROM STAY AND/OR FOR ABANDONMENT

YOU ARE HEREBY NOTIFIED that a Motion for Relief from Stay pursuant to 11 U.S.C. §362(d) and/or for Abandonment pursuant to 11 U.S.C. §554 was filed by Movant on JUNE 15, 2010.

*50* − Motion for Relief from Stay and Motion to Abandon.Fee Amount $150 Filed by Mary Winzerling on behalf of US Bank Home Mortgage (Attachments: # (1) loan docs) (Winzerling, Mary)

YOU ARE FURTHER NOTIFIED THAT you have twenty−one (21) days from the date of this Notice to file a written response. If a response is filed, a hearing will be held as follows:

8/3/10 at 09:30 AM at:

U.S. Bankruptcy Court, 300 W. 2nd Street, Room 320, Little Rock, AR 72201

**FAILURE TO FILE A RESPONSE TO THIS MOTION FOR RELIEF FROM STAY AND/OR FOR ABANDONMENT SHALL BE DEEMED A STATEMENT OF NO OPPOSITION TO THE MOTION AND A WAIVER OF THE RIGHT TO A HEARING UNDER 11 U.S.C. §362(d) AND §554, AND THE COURT MAY ENTER, WITHOUT FURTHER NOTICE, AN ORDER GRANTING THE MOTION.**

If no objection or response is filed, counsel for the moving party shall submit the precedent granting the motion forthwith.

It is hereby ORDERED that, if and to the extent the automatic stay is in force, it shall remain in force pursuant to 11 U.S.C. §362(e) pending disposition of the Motion for Relief from Stay.

**IT IS SO ORDERED**
Dated: 6/17/10

*Audrey R Evans*

UNITED STATES BANKRUPTCY JUDGE